UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>GERARDO MEZA-ZAZUETA,<br><br>               Defendant. | CASE NO. 08CR2981-W<br><br>JUDGMENT OF DISMISSAL |

FILED
OCT 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: 8 USC 1325.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 27, 2008

                                            THOMAS J. WHELAN
                                            UNITED STATES DISTRICT JUDGE